# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-25164 |
| | § | |
| TARQUIN SIMONELLI | § | |
| JOANNE SIMONELLI | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/23/2015. The undersigned trustee was appointed on 07/23/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $32,831.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $32,831.55 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.   The deadline for filing non-governmental claims in this case was <u>02/05/2016</u> and the deadline for filing government claims was <u>02/05/2016</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$2,075.62</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$2,075.62</u>, for a total compensation of <u>$2,075.62</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$0.00,</u> for total expenses of <u>$0.00</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>09/28/2016</u>                                    By:    <u>/s/ Gus A. Paloian</u>
                                                                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   1          Exhibit A

| | |
|---|---|
| **Case No.:** 15-25164-DLT | **Trustee Name:** Gus A. Paloian |
| **Case Name:** SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE | **Date Filed (f) or Converted (c):** 07/23/2015 (f) |
| **For the Period Ending:** 9/28/2016 | **§341(a) Meeting Date:** 09/02/2015 |
| | **Claims Bar Date:** 02/05/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 234 Kings Ct., LaGrange Park, IL 60526 | $375,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account - PNC Bank | $11,000.00 | $3,000.00 | | $0.00 | FA |
| 3 | Checking Account - BMO Harris Bank | $680.00 | $0.00 | | $0.00 | FA |
| 4 | Household goods and furnishings | $600.00 | $600.00 | | $0.00 | FA |
| 5 | Wearing apparel | $350.00 | $0.00 | | $0.00 | FA |
| 6 | Whole life insurance policy - Prudential Life | $25,000.00 | $0.00 | | $7,412.00 | FA |
| 7 | 2001 Cadillac Deville | $2,425.00 | $25.00 | | $0.00 | FA |
| 8 | 2001 Dodge Caravan | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | Whole Life Insurance Policy - Acct. No. 99 762 747 **(u)** | $4,234.00 | $4,234.00 | | $4,234.00 | FA |
| | **Asset Notes:** LIFE INSURANCE PROCEEDS | | | | | |
| 10 | Whole life insurance policy - Acct. No. R4088055 **(u)** | $5,256.50 | $5,256.50 | | $5,256.50 | FA |
| | **Asset Notes:** LIFE INSURANCE PROCEEDS | | | | | |
| 11 | Whole life insurance policy - Acct. No. D46659309 **(u)** | $8,016.20 | $8,016.20 | | $8,016.20 | FA |
| | **Asset Notes:** LIFE INSURANCE PROCEEDS | | | | | |
| 12 | Whole life insurance policy - Acct. No. 29860132 **(u)** | $7,912.85 | $7,912.85 | | $7,912.85 | FA |
| | **Asset Notes:** LIFE INSURANCE PROCEEDS | | | | | |

| TOTALS (Excluding unknown value) | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $441,974.55 | $29,044.55 | | $32,831.55 | $0.00 |

**Major Activities affecting case closing:**

06/29/2016   The Trustee liquidated five life insurance policies.  One policy was scheduled, and four policies were unscheduled.  Life insurance policy proceeds were received on May 24, 2016.
Claims have been reviewed.  The case is ready to close.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| **Case No.:** | 15-25164-DLT |
| **Case Name:** | SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE |
| **For the Period Ending:** | 9/28/2016 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date Filed (f) or Converted (c):** | 07/23/2015 (f) |
| **§341(a) Meeting Date:** | 09/02/2015 |
| **Claims Bar Date:** | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**    12/31/2016

/s/ GUS A. PALOIAN

GUS A. PALOIAN

FORM 2

Page No:  1          Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-25164-DLT | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***3972 | Checking Acct #: | 5301010372 |
| Co-Debtor Taxpayer ID #: | **-***3973 | Account Title: | Tarquin Simonelli and Joanne Simonelli |
| For Period Beginning: | 7/23/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2016 | (6) | MICHELOTTI & ASSOCIATES, LTD | LIFE INSURANCE PROCEEDS FOR POLICY #95599325 | 1129-000 | $7,412.00 | | $7,412.00 |
| 05/24/2016 | (9) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. 99762747 | 1229-000 | $4,234.00 | | $11,646.00 |
| 05/24/2016 | (10) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. R4088055 | 1229-000 | $5,256.50 | | $16,902.50 |
| 05/24/2016 | (11) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. D48659309 | 1229-000 | $8,016.20 | | $24,918.70 |
| 05/24/2016 | (12) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. 29860132 | 1229-000 | $7,912.85 | | $32,831.55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTALS: | | | $32,831.55 | $0.00 | $32,831.55 |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $32,831.55 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $32,831.55 | $0.00 | |

| For the period of  7/23/2015 to 9/28/2016 | | For the entire history of the account between 02/16/2016 to 9/28/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $32,831.55 | Total Compensable Receipts: | $32,831.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,831.55 | Total Comp/Non Comp Receipts: | $32,831.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-25164-DLT | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***3972 | | Checking Acct #: | 5301010372 |
| Co-Debtor Taxpayer ID #: | **-***3973 | | Account Title: | Tarquin Simonelli and Joanne Simonelli |
| For Period Beginning: | 7/23/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | $32,831.55 | $0.00 | $32,831.55 |

**For the period of 7/23/2015 to 9/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $32,831.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,831.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  07/23/2015 to 9/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $32,831.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,831.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

CLAIM ANALYSIS REPORT                                             Page No: 1          Exhibit C

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 15-25164-DLT | | | | | | | **Trustee Name:** | Gus A. Paloian | | |
| **Case Name:** | SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE | | | | | | | **Date:** | 9/28/2016 | | |
| **Claims Bar Date:** | 02/05/2016 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TARQUIN SIMONELLI AND JOANNE SIMONELLI 234 KINGS COURT LA GRANGE PARK IL 60526 | 08/29/2016 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $19,575.33 | $19,575.33 | $0.00 | $0.00 | $0.00 | $19,575.33 |
| **Claim Notes:** | Debtor Surplus | | | | | | | | | | | |
| TEE | GUS A. PALOIAN 131 S. Dearborn Street Suite 2400 Chicago IL 60603 | 07/20/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,075.62 | $2,075.62 | $0.00 | $0.00 | $0.00 | $2,075.62 |
| ATTY E | SEYFARTH SHAW LLP | 08/16/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $72.40 | $72.40 | $0.00 | $0.00 | $0.00 | $72.40 |
| ATTY F | SEYFARTH SHAW LLP | 08/16/2016 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $7,451.00 | $7,451.00 | $0.00 | $0.00 | $0.00 | $7,451.00 |
| 1 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR Asset Acceptance LLC PO Box 2036 Warren MI 48090 | 11/25/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,198.99 | $1,198.99 | $0.00 | $3.98 | $0.00 | $1,198.99 |
| **Claim Notes:** | (1-1) 4040 | | | | | | | | | | | |
| 2 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR Asset Acceptance LLC PO Box 2036 Warren MI 48090 | 11/25/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $773.39 | $773.39 | $0.00 | $2.57 | $0.00 | $773.39 |
| **Claim Notes:** | (2-1) 3146 | | | | | | | | | | | |
| 3 | CAPITAL ONE, N.A. c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 01/06/2016 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,672.71 | $1,672.71 | $0.00 | $5.56 | $0.00 | $1,672.71 |
| **Claim Notes:** | (3-1) CREDIT CARD DEBT | | | | | | | | | | | |

CLAIM ANALYSIS REPORT

Exhibit C

| | | |
|---|---|---|
| **Case No.:** | 15-25164-DLT | |
| **Case Name:** | SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE | |
| **Claims Bar Date:** | 02/05/2016 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 9/28/2016 |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $32,819.44 | $32,819.44 | $0.00 | $12.11 | $0.00 | $32,819.44 |

CLAIM ANALYSIS REPORT

Page No: 3

Exhibit C

| | |
|---|---|
| **Case No.** | 15-25164-DLT |
| **Case Name:** | SIMONELLI, TARQUIN  AND SIMONELLI, JOANNE |
| **Claims Bar Date:** | 02/05/2016 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date:** | 9/28/2016 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $72.40 | $72.40 | $0.00 | $0.00 | $0.00 | $72.40 |
| Attorney for Trustee Fees (Trustee Firm) | $7,451.00 | $7,451.00 | $0.00 | $0.00 | $0.00 | $7,451.00 |
| General Unsecured 726(a)(2) | $3,645.09 | $3,645.09 | $0.00 | $12.11 | $0.00 | $3,645.09 |
| Surplus Funds Paid to Debtor | $19,575.33 | $19,575.33 | $0.00 | $0.00 | $0.00 | $19,575.33 |
| Trustee Compensation | $2,075.62 | $2,075.62 | $0.00 | $0.00 | $0.00 | $2,075.62 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      15-25164
Case Name:     TARQUIN SIMONELLI
               JOANNE SIMONELLI
Trustee Name:  Gus A. Paloian

Balance on hand:             $32,831.55

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $32,831.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $2,075.62 | $0.00 | $2,075.62 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $7,451.00 | $0.00 | $7,451.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $72.40 | $0.00 | $72.40 |

Total to be paid for chapter 7 administrative expenses:          $9,599.02
Remaining balance:          $23,232.53

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $23,232.53

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:          $0.00
Remaining balance:          $23,232.53

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,645.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. as agent for | $1,198.99 | $0.00 | $1,198.99 |
| 2 | Midland Credit Management, Inc. as agent for | $773.39 | $0.00 | $773.39 |
| 3 | Capital One, N.A. | $1,672.71 | $0.00 | $1,672.71 |

Total to be paid to timely general unsecured claims:    $3,645.09
Remaining balance:    $19,587.44

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:    $0.00
Remaining balance:    $19,587.44

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:    $0.00
Remaining balance:    $19,587.44

UST Form 101-7-TFR (5/1/2011)

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.28 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $12.11. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $19,575.33.

**UST Form 101-7-TFR (5/1/2011)**