UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 15-25164
TARQUIN LAWRENCE SIMONELLI )
AND JOANNE ELLEN SIMONELLI, )
) Chapter: 7
) Honorable Deborah L. Thorne
) SELECT IF OUTLYING AREA
Debtor(s) )

**ORDER GRANTING SEYFARTH SHAW LLP'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSE REIMBURSEMENT FOR PERIOD OF FEBRUARY 1, 2016, THROUGH THE CLOSE OF THE CASE**

Upon the consideration of the First and Final Application for Compensation and Reimbursement of Expenses (the "Application") of Seyfarth Shaw LLP ("Seyfarth") as Counsel to Chapter 7 Trustee, Gus A. Paloian ("Trustee"), for the Period of February 1, 2016 through the Close of the Case, and for Other Related Relief; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Seyfarth is allowed final compensation in the amount of $7,451.00 as reasonable compensation for actual and necessary legal services rendered to the Trustee;

IT IS FURTHER ORDERED that Seyfarth is allowed final reimbursement of expenses in the amount of $72.40 for actual and necessary expenses incurred in the performance of services rendered to the Trustee;

IT IS FURTHER ORDERED that the awards herein are allowed as an administrative expense of the Estate pursuant to 11 U.S.C. §§503(a) and (b), and 507 (a)(2); and

IT IS FURTHER ORDERED that Gus A. Paloian, not individually, but solely as the Debtor's Chapter 7 Trustee, is authorized to pay Seyfarth the amounts awarded from the funds in the Estate.

Enter:

United States Bankruptcy Judge

Dated: November 23, 2016

**Prepared by:**

Gus A. Paloian (06188186)
Bret M. Harper (6299968)
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Rev: 20151029_bko