# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-25164 |
| | § | |
| TARQUIN SIMONELLI | § | |
| JOANNE SIMONELLI | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $348,625.00 | Assets Exempt: | $67,930.00 |
| Total Distributions to Claimants: | $3,657.20 | Claims Discharged Without Payment: | $43,936.00 |
| Total Expenses of Administration: | $9,599.02 | | |

3) Total gross receipts of $32,831.55 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $19,575.33 (see **Exhibit 2),** yielded net receipts of $13,256.22 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $630,638.32 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $9,599.02 | $9,599.02 | $9,599.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $43,936.00 | $3,645.09 | $3,645.09 | $3,657.20 |
| **Total Disbursements** | $674,574.32 | $13,244.11 | $13,244.11 | $13,256.22 |

4). This case was originally filed under chapter 7 on 07/23/2015. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2017         By:   /s/ Gus A. Paloian
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Whole life insurance policy - Prudential Life | 1129-000 | $7,412.00 |
| Whole life insurance policy - Acct. No. 29860132 | 1229-000 | $7,912.85 |
| Whole Life Insurance Policy - Acct. No. 99 762 747 | 1229-000 | $4,234.00 |
| Whole life insurance policy - Acct. No. D46659309 | 1229-000 | $8,016.20 |
| Whole life insurance policy - Acct. No. R4088055 | 1229-000 | $5,256.50 |
| **TOTAL GROSS RECEIPTS** | | $32,831.55 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TARQUIN SIMONELLI AND JOANNE SIMONELLI | Surplus Funds | 8200-002 | $19,575.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $19,575.33 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris Bank | 4110-000 | $190,139.97 | $0.00 | $0.00 | $0.00 |
| | BSI Financial | 4110-000 | $440,498.35 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $630,638.32 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $2,075.62 | $2,075.62 | $2,075.62 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $7,451.00 | $7,451.00 | $7,451.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $72.40 | $72.40 | $72.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND** | | NA | $9,599.02 | $9,599.02 | $9,599.02 |

**UST Form 101-7-TDR (10/1/2010)**

| CHARGES |
|---|

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. as agent for | 7100-000 | $0.00 | $1,198.99 | $1,198.99 | $1,198.99 |
| 2 | Midland Credit Management, Inc. as agent for | 7100-000 | $0.00 | $773.39 | $773.39 | $773.39 |
| 3 | Capital One, N.A. | 7100-000 | $0.00 | $1,672.71 | $1,672.71 | $1,672.71 |
|  | Capital One, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $5.56 |
|  | Midland Credit Management, Inc. as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $3.98 |
|  | Midland Credit Management, Inc. as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $2.57 |
|  | Asset Acceptance, LLC | 7100-000 | $1,198.00 | $0.00 | $0.00 | $0.00 |
|  | Cach, LLC | 7100-000 | $11,700.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Best Buy | 7100-000 | $3,120.00 | $0.00 | $0.00 | $0.00 |
|  | Dependon Collection | 7100-000 | $332.00 | $0.00 | $0.00 | $0.00 |
|  | Federal Loan Service | 7100-000 | $7,340.00 | $0.00 | $0.00 | $0.00 |
|  | Federal Loan Service | 7100-000 | $3,590.00 | $0.00 | $0.00 | $0.00 |
|  | Federal Loan Service | 7100-000 | $3,273.00 | $0.00 | $0.00 | $0.00 |
|  | Home Depot | 7100-000 | $760.00 | $0.00 | $0.00 | $0.00 |
|  | Illinois Collections SE | 7100-000 | $224.00 | $0.00 | $0.00 | $0.00 |
|  | Kohls | 7100-000 | $1,672.00 | $0.00 | $0.00 | $0.00 |
|  | Merchants Credit Guide | 7100-000 | $552.00 | $0.00 | $0.00 | $0.00 |
|  | Merchants Credit Guide | 7100-000 | $3,884.00 | $0.00 | $0.00 | $0.00 |
|  | Merchants Credit | 7100-000 | $2,480.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   | Guide |   |   |   |   |   |
|   | Merchants Credit Guide | 7100-000 | $571.00 | $0.00 | $0.00 | $0.00 |
|   | Merchants Credit Guide | 7100-000 | $368.00 | $0.00 | $0.00 | $0.00 |
|   | Merchants Credit Guide | 7100-000 | $114.00 | $0.00 | $0.00 | $0.00 |
|   | Nordstrom | 7100-000 | $45.00 | $0.00 | $0.00 | $0.00 |
|   | Omega RMS | 7100-000 | $1,217.00 | $0.00 | $0.00 | $0.00 |
|   | State Collection Services | 7100-000 | $616.00 | $0.00 | $0.00 | $0.00 |
|   | State Collection Services | 7100-000 | $880.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |   |   | $43,936.00 | $3,645.09 | $3,645.09 | $3,657.20 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-25164-DLT | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SIMONELLI, TARQUIN AND SIMONELLI, JOANNE | Date Filed (f) or Converted (c): | 07/23/2015 (f) |
| For the Period Ending: | 1/9/2017 | §341(a) Meeting Date: | 09/02/2015 |
| | | Claims Bar Date: | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 234 Kings Ct., LaGrange Park, IL 60526 | $375,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account - PNC Bank | $11,000.00 | $3,000.00 | | $0.00 | FA |
| 3 | Checking Account - BMO Harris Bank | $680.00 | $0.00 | | $0.00 | FA |
| 4 | Household goods and furnishings | $600.00 | $600.00 | | $0.00 | FA |
| 5 | Wearing apparel | $350.00 | $0.00 | | $0.00 | FA |
| 6 | Whole life insurance policy - Prudential Life | $25,000.00 | $0.00 | | $7,412.00 | FA |
| 7 | 2001 Cadillac Deville | $2,425.00 | $25.00 | | $0.00 | FA |
| 8 | 2001 Dodge Caravan | $1,500.00 | $0.00 | | $0.00 | FA |
| 9 | Whole Life Insurance Policy - Acct. No. 99 762 747 (u) | $4,234.00 | $4,234.00 | | $4,234.00 | FA |
| | Asset Notes: LIFE INSURANCE PROCEEDS | | | | | |
| 10 | Whole life insurance policy - Acct. No. R4088055 (u) | $5,256.50 | $5,256.50 | | $5,256.50 | FA |
| | Asset Notes: LIFE INSURANCE PROCEEDS | | | | | |
| 11 | Whole life insurance policy - Acct. No. D46659309 (u) | $8,016.20 | $8,016.20 | | $8,016.20 | FA |
| | Asset Notes: LIFE INSURANCE PROCEEDS | | | | | |
| 12 | Whole life insurance policy - Acct. No. 29860132 (u) | $7,912.85 | $7,912.85 | | $7,912.85 | FA |
| | Asset Notes: LIFE INSURANCE PROCEEDS | | | | | |

**TOTALS (Excluding unknown value)**

| | $441,974.55 | $29,044.55 | | $32,831.55 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

09/30/2016  The Trustee liquidated five life insurance policies. One policy was scheduled, and four policies were unscheduled. Life insurance policy proceeds were received on May 24, 2016.

Final Report was submitted to UST on September 29, 2016.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 15-25164-DLT | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | SIMONELLI, TARQUIN AND SIMONELLI, JOANNE | | **Date Filed (f) or Converted (c):** | 07/23/2015 (f) |
| **For the Period Ending:** | 1/9/2017 | | **§341(a) Meeting Date:** | 09/02/2015 |
| | | | **Claims Bar Date:** | 02/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**  12/31/2016

/s/ GUS A. PALOIAN
_____
GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1                                      Exhibit 9

| Case No.: | 15-25164-DLT | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | SIMONELLI, TARQUIN AND SIMONELLI, JOANNE | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***3972 | Checking Acct #: | ******0372 |
| Co-Debtor Taxpayer ID #: | **-***3973 | Account Title: | Tarquin Simonelli and Joanne Simonelli |
| For Period Beginning: | 7/23/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2016 | (6) | MICHELOTTI & ASSOCIATES, LTD | LIFE INSURANCE PROCEEDS FOR POLICY #95599325 | 1129-000 | $7,412.00 | | $7,412.00 |
| 05/24/2016 | (9) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. 99762747 | 1229-000 | $4,234.00 | | $11,646.00 |
| 05/24/2016 | (10) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. R4088055 | 1229-000 | $5,256.50 | | $16,902.50 |
| 05/24/2016 | (11) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. D48659309 | 1229-000 | $8,016.20 | | $24,918.70 |
| 05/24/2016 | (12) | Prudential | LIFE INSURANCE PROCEEDS - WHOLE LIFE INSURANCE POLICY - Acct. No. 29860132 | 1229-000 | $7,912.85 | | $32,831.55 |
| 11/28/2016 | 1001 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $72.40 | $32,759.15 |
| 11/28/2016 | 1002 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $7,451.00 | $25,308.15 |
| 11/28/2016 | 1003 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $2,075.62 | $23,232.53 |
| 11/28/2016 | 1004 | Midland Credit Management, Inc. as agent for | Claim #: 1; Distribution Dividend: 100.00; | * | | $1,202.97 | $22,029.56 |
| | | | Claim Amount    $(1,198.99) | 7100-000 | | | $22,029.56 |
| | | | Interest    $(3.98) | 7990-000 | | | $22,029.56 |
| 11/28/2016 | 1005 | Midland Credit Management, Inc. as agent for | Claim #: 2; Distribution Dividend: 100.00; | * | | $775.96 | $21,253.60 |
| | | | Claim Amount    $(773.39) | 7100-000 | | | $21,253.60 |
| | | | Interest    $(2.57) | 7990-000 | | | $21,253.60 |
| 11/28/2016 | 1006 | Capital One, N.A. | Claim #: 3; Distribution Dividend: 100.00; | * | | $1,678.27 | $19,575.33 |
| | | | Claim Amount    $(1,672.71) | 7100-000 | | | $19,575.33 |
| | | | Interest    $(5.56) | 7990-000 | | | $19,575.33 |
| 11/28/2016 | 1007 | TARQUIN SIMONELLI AND JOANNE SIMONELLI | Claim #: ; Distribution Dividend: 100.00; | 8200-002 | | $19,575.33 | $0.00 |

**SUBTOTALS**    $32,831.55    $32,831.55

FORM 2

Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-25164-DLT | |
| **Case Name:** | SIMONELLI, TARQUIN AND SIMONELLI, JOANNE | |
| **Primary Taxpayer ID #:** | **-***3972 | |
| **Co-Debtor Taxpayer ID #:** | **-***3973 | |
| **For Period Beginning:** | 7/23/2015 | |
| **For Period Ending:** | 1/9/2017 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0372 |
| **Account Title:** | Tarquin Simonelli and Joanne Simonelli |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $32,831.55 | $32,831.55 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| **Subtotal** | | $32,831.55 | $32,831.55 | |
| **Less: Payments to debtors** | | $0.00 | $19,575.33 | |
| **Net** | | $32,831.55 | $13,256.22 | |

**For the period of 7/23/2015 to 1/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $32,831.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,831.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,256.22 |
| Total Non-Compensable Disbursements: | $19,575.33 |
| Total Comp/Non Comp Disbursements: | $32,831.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/16/2016 to 1/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $32,831.55 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,831.55 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,256.22 |
| Total Non-Compensable Disbursements: | $19,575.33 |
| Total Comp/Non Comp Disbursements: | $32,831.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3 Exhibit 9

| Case No. | 15-25164-DLT | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | SIMONELLI, TARQUIN AND SIMONELLI, JOANNE | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***3972 | | Checking Acct #: | ******0372 |
| Co-Debtor Taxpayer ID #: | **-***3973 | | Account Title: | Tarquin Simonelli and Joanne Simonelli |
| For Period Beginning: | 7/23/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/9/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $32,831.55 | $32,831.55 | $0.00 |

| For the period of 7/23/2015 to 1/9/2017 | | For the entire history of the case between 07/23/2015 to 1/9/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $32,831.55 | Total Compensable Receipts: | $32,831.55 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,831.55 | Total Comp/Non Comp Receipts: | $32,831.55 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,256.22 | Total Compensable Disbursements: | $13,256.22 |
| Total Non-Compensable Disbursements: | $19,575.33 | Total Non-Compensable Disbursements: | $19,575.33 |
| Total Comp/Non Comp Disbursements: | $32,831.55 | Total Comp/Non Comp Disbursements: | $32,831.55 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ GUS A. PALOIAN
_____

GUS A. PALOIAN